UNITED STATES of America, Plaintiff–Appellant,

v.

W.R. GRACE; Alan R. Stringer; Henry A. Eschenbach; Jack W. Wolter; J. McCaig; Robert J. Bettacchi; O. Mario Favorito; Robert C. Walsh, Defendants–Appellees.

No. 06–30192.

United States Court of Appeals, Ninth Circuit.

Filed Oct. 29, 2007.

Todd S. Aagaard, Esq., Allen M. Brabender, Esq., U.S. Department of Justice Environment & Natural Resources Division, Washington, DC, for Plaintiff–Appellant.

Stephen R. Brown, Jr., Esq., Garlington Lohn & Robinson, PLLP, Michael F. Bailey, Bailey & Antenor, Michael J. Milodragovich, Esq., Milodragovich Dale & Dye, PC, C.J. Johnson, Axelberg & Kalkstein, PLLC, Missoula, MT, Michael D. Shumsky, Esq., Kirkland & Ellis, LLP, Washington, DC, Ronald F. Waterman, Esq., Gough Shanahan Johnson & Waterman, Catherine A. Laughner, Browning Kaleczyc Berry & Hoven, Helena, MT, Brian K. Gallik, Esq., Goetz Gallik Baldwin & Dolan, PC, Bozeman, MT, for Defendants–Appellees.

Before: Mary M. SCHROEDER, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule

---

1. Judges O'Scannlain and Ikuta are recused.

35–3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.